UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| GPH LOUISVILLE HILLCREEK LLC, *et al.* ) ) ) Judgment Creditors/Garnishors, ) ) v. ) ) REDWOOD HOLDINGS, LLC, *et al.* ) ) Defendants/Judgment Debtors. ) ) ) | CASE NO.: 1:24-mc-00033-PAB |

**NOTICE OF FILING**
**FINDINGS OF FACT AND CONCLUSIONS OF LAW ENTERED JANUARY 25, 2024**

Plaintiffs/judgment creditors/garnishors, GPH Louisville Hillcreek LLC, GPH Louisville Camelot LLC, GPH Louisville Mt. Holly LLC, GPH Louisville St. Matthews LLC, GPH Frankfort LLC, GPH Kirtland LLC, GPH Vanceburg LLC, GPH Stanford LLC, and GPH Greensburg LLC (collectively, "Judgment Creditors"), by and through counsel, HEREBY GIVE NOTICE of filing the Findings of Fact and Conclusions of Law entered January 25, 2024, and referenced in the judgment entered in the United States District Court for the Western District of Kentucky (Case No.: 3:21-cv-00063-RGJ-RSE) and registered in this Court. *See* DN 1.  A copy of the Findings of Fact and Conclusions of Law entered January 25, 2024, is attached hereto as **Exhibit 1**.

Dated: July 19, 2024 				Respectfully submitted,

/s/ Elizabeth Brown Noland
Elizabeth Brown Noland [KY 89312/OH 76068]
FULTZ MADDOX DICKENS PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Tel:   (502) 588-2000
Fax:  (502) 588-2020
ebnoland@fmdlegal.com
*Counsel for Judgment Creditors*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Elizabeth Brown Noland
Elizabeth Brown Noland [KY 89312/OH 76068]

2