UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| GPH LOUISVILLE HILLCREEK LLC, *et al.* | ) ) ) |
|     Judgment Creditors/Garnishors, | ) ) ) |
| v. | ) ) CASE NO.: 1:24-mc-00033-PAB |
| REDWOOD HOLDINGS, LLC, *et al.* | ) ) ) |
|     Defendants/Judgment Debtors. | ) ) ) |

**ORDER AND NOTICE OF GARNISHMENT
OF PROPERTY OTHER THAN PERSONAL EARNINGS
AND ANSWER OF GARNISHEE**

**SECTION A. COURT ORDER AND NOTICE OF GARNISHMENT**

To: Ares Real Estate Income Trust Inc., Garnishee

    The judgment creditors in the above case have filed an affidavit, satisfactory to the undersigned, in this Court stating that you may have money, property, or credits, other than personal earnings, in your hands or under your control that belong to the judgment debtor, Eli Gunzburg.

    You are therefore ordered to complete the "ANSWER OF GARNISHEE" in section (B) of this form. Return one completed and signed copy of this form to the clerk of this court together with the amount determined in accordance with the "ANSWER OF GARNISHEE" by the following date on which a hearing is tentatively scheduled relative to this order of garnishment: _____, 2024. Deliver one completed and signed copy of this form to the judgment debtor prior to that date. Keep the other completed and signed copy of this form for your files.

    The total amount due on this judgment as of July 23, 2024 is $1,072,003.77. The total amount now due includes the unpaid portion of the judgment in favor of the judgment creditors, which is $1,059,523.45, plus post-judgment interest totaling $12,480.32 through July 23, 2024, which amount is increasing at the rate of $150.37 per day until the judgment is satisfied.

    You also are ordered to hold safely anything of value that belongs to the judgment debtor and that has to be paid to the court, as determined under the "ANSWER OF GARNISHEE" in

1

section (B) of this form, but that is of such a nature that it cannot be so delivered, until further order of the court.

    Witness my hand and the seal of this court this \_\_\_\_ day of _____, 20\_\_\_\_.

_____

    Judge

**SECTION B. ANSWER OF GARNISHEE**

Now comes _____ the garnishee, who says:

1. That the garnishee has more than $400 in money, property, or credits, other than personal earnings, of the judgment debtor under the garnishee's control and in the garnishee's possession.

   \_\_\_\_yes      \_\_\_\_no      If yes, amount over $400 _____

2. That property is described as:

_____
_____
_____
_____

3. If the answer to line 1 is "yes" and the amount is less than the probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay the amount of line 1 to the clerk of this court.
4. If the answer to line 1 is "yes" and the amount is greater than that probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay that probable amount now due to the clerk of this court.
5. If the answer to line 1 is "yes" but the money, property, or credits are of such a nature that they cannot be delivered to the clerk of the court, indicate that by placing an "X" in this space: \_\_\_\_. Do not dispose of that money, property, or credits or give them to anyone else until further order of the court.
6. If the answer to line 1 is "no," sign and return this form to the clerk of this court.

**I certify that the statements above are true.**

    **[SIGNATURE BLOCKS ON FOLLOWING PAGE]**

                                                                              3

_____

Print Name of Garnishee

_____

Print Name and Title of Person Who Completed Form

_____

Signature of Person Completing Form

Dated this ____ day of _____, 20____.