UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| GPH LOUISVILLE HILLCREEK LLC, *et al.* ) ) ) | |
| Judgment Creditors/Garnishors, ) ) | |
| v. ) ) | CASE NO.: 1:24-mc-00033-PAB |
| REDWOOD HOLDINGS, LLC, *et al.* ) ) ) | |
| Defendants/Judgment Debtors. ) ) | |

## INSTRUCTIONS TO CLERK TO ISSUE TO THE JUDGMENT DEBTOR A NOTICE AND REQUEST FOR HEARING FORM

To the Clerk of the above mentioned Court: under Federal Rule of Civil Procedure 69(a)(1) and ORC § 2716.13(C)(1), you are instructed to issue to judgment debtor, Eli Gunzburg ("Judgment Debtor"), two copies of the Notice to the Judgment Debtor form and of the Request for Hearing Form, which are attached hereto, no less than seven days prior to the date on which the garnishment hearing is scheduled.  The forms must be issued immediately upon receiving these instructions and the scheduling of the garnishment hearing.

Judgment Debtor must be served by regular or ordinary mail, and can be reached at his residence at 25262 Margot Court, Beachwood, Ohio 44122.  Pre addressed stamped envelopes are being sent via overnight mail to the Court concurrently with the filing of these instructions.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully submitted,

/s/ Elizabeth Brown Noland
Elizabeth Brown Noland [KY 89312/OH 76068]
FULTZ MADDOX DICKENS PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Tel:  (502) 588-2000
Fax:  (502) 588-2020
ebnoland@fmdlegal.com
*Counsel for Judgment Creditors*

2