UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| GPH LOUISVILLE HILLCREEK LLC, *et al.* ) ) ) | |
| Judgment Creditors/Garnishors, ) ) | |
| v. ) | CASE NO.: 1:24-mc-00033-PAB |
| ) REDWOOD HOLDINGS, LLC, *et al.* ) ) | |
| Defendants/Judgment Debtors. ) ) | |

## NOTICE TO THE JUDGEMENT DEBTOR

You are hereby notified that this court has issued an order in the above case in favor of GPH Louisville Hillcreek LLC, GPH Louisville Camelot LLC, GPH Louisville Mt. Holly LLC, GPH Louisville St. Matthews LLC, GPH Frankfort LLC, GPH Kirtland LLC, GPH Vanceburg LLC, GPH Stanford LLC, and GPH Greensburg LLC, each located at 2601 Network Blvd., Suite 102, Frisco, Texas 75034, the judgment creditors in this proceeding, directing that some of your money in excess of four hundred dollars, property, or credits, other than personal earnings, that now may be in the possession of Ares Real Estate Income Trust Inc., 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093, the garnishee in this proceeding, be used to satisfy your debt to the judgment creditors. This order was issued on the basis of the judgment creditors' judgment against you that was obtained in United States District Court for the District of Kentucky in 3:21-cv-00063-RGJ-RSE on May 1, 2024, and registered in this court on July 10, 2024. Upon your receipt of this notice, you are prohibited from removing or attempting to remove the money, property, or credits until expressly permitted by the court. Any violation of this prohibition subjects you to punishment for contempt of court.

The law of Ohio and the United States provides that certain benefit payments cannot be taken from you to pay a debt. Typical among the benefits that cannot be attached or executed upon by a creditor are the following:

(1) Workers' compensation benefits;
(2) Unemployment compensation payments;
(3) Cash assistance payments under the Ohio works first program;
(4) Benefits and services under the prevention, retention, and contingency program;
(5) Disability financial assistance administered by the Ohio department of job and family services;
(6) Social security benefits;
(7) Supplemental security income (S.S.I.);
(8) Veteran's benefits;
(9) Black lung benefits;
(10) Certain pensions.

There may be other benefits not included in the above list that apply in your case.

If you dispute the judgment creditors' rights to garnish your property and believe that the judgment creditors should not be given your money, property, or credits, other than personal earnings, now in the possession of the garnishee because they are exempt or if you feel that this order is improper for any other reason, you may request a hearing before this court by disputing the claim in the request for hearing form, appearing below, or in a substantially similar form, and delivering the request for hearing to this court at the address below, at the office of the clerk of this court no later than the end of the fifth business day after you receive this notice. You may state your reasons for disputing the judgment creditors' rights to garnish your property in the space provided on the form; however, you are not required to do so. If you do state your reasons for disputing the judgment creditors' rights, you are not prohibited from stating any other reason at the hearing. If you do not state your reasons, it will not be held against you by the court, and you can state your reasons at the hearing. NO OBJECTIONS TO THE JUDGMENT ITSELF WILL BE HEARD OR CONSIDERED AT THE HEARING. If you request a hearing, the hearing will be limited to a consideration of the amount of your money, property, or credits, other than personal earnings, in

the possession or control of the garnishee, if any, that can be used to satisfy all or part of the judgment you owe to the judgment creditors.

If you request a hearing by delivering your request for hearing no later than the end of the fifth business day after you receive this notice, it will be conducted in the Carl B. Stokes U.S. Court House, Room _____, 801 West Superior Avenue, Cleveland, Ohio 44113, at ____:____ __m. on _____, 20____. You may request the court to conduct the hearing before this date by indicating your request in the space provided on the form; the court then will send you notice of any change in the date, time, or place of the hearing. If you do not request a hearing by delivering your request for a hearing no later than the end of the fifth business day after you receive this notice, some of your money, property, or credits, other than personal earnings, will be paid to the judgment creditors.

If you have any questions concerning this matter, you may contact the office of the clerk of this court. If you want legal representation, you should contact your lawyer immediately. If you need the name of a lawyer, contact the local bar association.

_____
Clerk of the Court

_____
Date

Tendered by:

/s/ Elizabeth Noland Brown
Elizabeth Brown Noland [KY 89312/OH 76068]
FULTZ MADDOX DICKENS PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Tel:  (502) 588-2000
Fax: (502) 588-2020
ebnoland@fmdlegal.com

*Counsel for Judgment Creditors*