UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| GPH LOUISVILLE HILLCREEK LLC, *et al.* | ) ) ) |
| Judgment Creditors/Garnishors, | ) ) |
| v. | )  CASE NO.: 1:24-mc-00033-PAB |
| REDWOOD HOLDINGS, LLC, *et al.* | ) ) ) |
| Defendants/Judgment Debtors. | ) ) ) |

## REQUEST FOR HEARING

I dispute the judgment creditors' rights to garnish my money, property, or credits, other than personal earnings, in the above case and request that a hearing in this matter be held _____ (insert "on" or "earlier than") the date and time set forth in the document entitled "NOTICE TO THE JUDGMENT DEBTOR" that I received with this request form.

I dispute the judgment creditors' rights to garnish my property for the following reasons:

_____

_____

_____

_____

_____

I UNDERSTAND THAT NO OBJECTIONS TO THE JUDGMENT ITSELF WILL BE HEARD OR CONSIDERED AT THE HEARING.

**[SIGNATURE BLOCKS ON FOLLOWING PAGE]**

1

_____
Name of the Judgment Debtor

_____
Signature

_____
Date

WARNING: IF YOU DO NOT DELIVER THIS REQUEST FOR HEARING OR A REQUEST IN A SUBSTANTIALLY SIMILAR FORM TO THE OFFICE OF THE CLERK OF THIS COURT WITHIN FIVE (5) BUSINESS DAYS OF YOUR RECEIPT OF IT, YOU WAIVE YOUR RIGHT TO A HEARING AND SOME OF YOUR MONEY, PROPERTY, OR CREDITS, OTHER THAN PERSONAL EARNINGS, NOW IN THE POSSESSION OF ARES REAL ESTATE INCOME TRUST INC. WILL BE PAID TO GPH LOUISVILLE HILLCREEK LLC, GPH LOUISVILLE CAMELOT LLC, GPH LOUISVILLE MT. HOLLY LLC, GPH LOUISVILLE ST. MATTHEWS LLC, GPH FRANKFORT LLC, GPH KIRTLAND LLC, GPH VANCEBURG LLC, GPH STANFORD LLC, AND GPH GREENSBURG LLC (COLLECTIVELY, "JUDGMENT CREDITORS") TO SATISFY SOME OF YOUR DEBT TO JUDGMENT CREDITORS.

Tendered by:

/s/ Elizabeth Brown Noland
Elizabeth Brown Noland [KY 89312/OH 76068]
FULTZ MADDOX DICKENS PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Tel: (502) 588-2000
Fax: (502) 588-2020
ebnoland@fmdlegal.com

*Counsel for Judgment Creditors*