UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| GPH LOUISVILLE HILLCREEK LLC, *et al.* ) ) ) Judgment Creditors/Garnishors, ) ) v. ) ) REDWOOD HOLDINGS, LLC, *et al.* ) ) Defendants/Judgment Debtors. ) ) | CASE NO.: 1:24-mc-00033-PAB |

### ORDER TO PAY GARNISHED FUNDS TO JUDGMENT CREDITORS

Based on the answer of garnishee, Ares Real Estate Income Trust Inc. ("Garnishee"), that was filed with this Court, it is hereby ORDERED that judgment creditors, GPH Louisville Hillcreek LLC, GPH Louisville Camelot LLC, GPH Louisville Mt. Holly LLC, GPH Louisville St. Matthews LLC, GPH Frankfort LLC, GPH Kirtland LLC, GPH Vanceburg LLC, GPH Stanford LLC, and GPH Greensburg LLC, are entitled to recover $_____ (all amounts over $400 held for or owed to judgment debtor, Eli Gunzburg, by Garnishee up to $1,072,003.77 plus $150.37 for each day after July 23, 2024), from Garnishee.

IT IS SO ORDERED.

_____                          _____
Date                                                                 United States District Judge

Tendered by:

/s/ Elizabeth Brown Noland
Elizabeth Brown Noland [KY 89312/OH 76068]
FULTZ MADDOX DICKENS PLC
101 South Fifth Street, 27th Floor
Louisville, Kentucky 40202
Tel:  (502) 588-2000
Fax:  (502) 588-2020
ebnoland@fmdlegal.com

*Counsel for Judgment Creditors*